## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMES FINCH,
ADC #553018                                                                                           PLAINTIFF

VS.                                          4:16-CV-00698 BRW

KAREN GRANT, LPN,
Faulkner County Unit 2, et al.                                                                    DEFENDANTS

## ORDER

Mr. Finch has not complied with the October 20, 2016 Order directing him to file an amended complaint.[1] The time to do so has expired. Accordingly, Mr. Finch's complaint is DISMISSED WITHOUT PREJUDICE due to a lack of prosecution.[2] I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[3]

IT IS SO ORDERED this 20th day of December, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 6.

[2] Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[3] 28 U.S.C. § 1915(a)(3).